IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT FARKAS,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-03486

Judge Franklin U. Valderrama

Magistrate Judge Maria Valdez

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on June 11,2024 [35] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
| --- | --- |
| 61 | Nice Sticker |
| 62 | Hello Sticker |
| 59 | aixuexiwenju |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: November 13, 2024

Respectfully submitted,

Keith A. Vogt, Esq. (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF(S)**

Subscribed and sworn before me by Keith A. Vogt, on this 13 of November, 2024.

Given under by hand and notarial seal.

NOTARY PUBLIC

STATE OF Illinois

COUNTY OF Cook



GRISELDA DELGADO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 05, 2026